UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| YACHTING SOLUTIONS, LLC., a Maine Limited Liability Company, with its principal place of business located in Rockport, Maine<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN W. BINGHAM of Boston, Commonwealth of Massachusetts<br><br>*In Personam*<br><br>Defendant | ) | Civil Action No.: |

PLAINTIFF'S COMPLAINT

NOW COMES the Plaintiff, Yachting Solutions, LLC, and makes its Complaint against Defendant as follows:

JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C., Section 1333 and this is an Admiralty and Maritime Claim within the meaning of Rule 9(H) of the Federal Rules of Civil Procedure. This court also has ancillary jurisdiction pursuant to 28 U.S.C., Section 1367.

PARTIES

2. Plaintiff, Yachting Solutions, LLC, (hereinafter referred to as "YS"), is a Maine limited liability company with its principal place of business at Rockland, County of Knox, State of Maine.

3. Defendant, Jonathan W. Bingham, (hereafter "Bingham"), is an individual residing in the City of Boston, Commonwealth of Massachusetts and a citizen of that state.

FACTUAL ALLEGATIONS

4. The M/V ROBIN HOOD is a 52 foot long motor vessel documented under the laws of the United States of America and bearing Official Number 916470 ("the vessel"). She was built in the Republic of China in 1985 for Little Harbor Yacht Sales of Marblehead, Massachusetts.

5. The vessel was at all times material hereto owned by Bingham. During 2019, he asked YS to perform services, supply equipment and/or make repairs to the vessel in Maine. YS did perform the work and provided the equipment and materials requested of it by Bingham. Said services and work were carried out within the State of Maine.

6. Despite demand, Bingham has refused and continues to refuse to pay all amounts due YS for the costs of the repairs, services and supplies. The total amount owed YS by Bingham is $42,883.47.

COUNT I - MARITIME LIEN

7. The Plaintiff reasserts and reiterates the allegations contained in Paragraphs one through six, inclusive, as though the same were fully set forth herein.

8. The goods and services extended to Bingham and his vessel by YS were necessaries within the meaning of 46 U.S.C., Section 971 et seq., The Federal Maritime Lien Act, by virtue of which Plaintiff claims and has a lien against ROBIN HOOD in the amount of Forty-Two Thousand, Eight Hundred and Eighty-Three and 47/100ths Dollars ($42,883.47). The goods and services extended to the vessel also create a lien against her

pursuant to the General Maritime Laws of the United States, and *in personam* liability on Defendant as owner.

WHEREFORE, Plaintiff asks this Honorable Court to enter judgment in its favor on Count I declaring Plaintiff's entitlement to a lien against the vessel in the amount of its outstanding invoices, together with interest, costs, and reasonable attorney's fees.

COUNT II - MARITIME CONTRACT

9. Plaintiff reasserts and reiterates the allegations contained in Paragraphs one through eight, inclusive, as though the same were fully set forth herein.

10. In requesting Plaintiff to provide the goods and services and in agreeing to pay Plaintiff for that service, Defendant entered into a maritime contract with Plaintiff.

11. Plaintiff has performed each and every one of its obligations under the contract. Defendant, by refusing to pay Plaintiff all of the monies owed it, and otherwise, has breached the terms of the contract and is liable therefore.

WHEREFORE, Plaintiff asks this Honorable Court to enter judgment in its favor against Defendant in the amount of its damages, together with interest, costs, and reasonable attorney's fees.

COUNT III- QUANTUM MERUIT

12. Plaintiff reasserts and reiterates the allegations set forth in paragraphs one through eleven, inclusive, of its complaint and incorporates same by reference herein.

13. At Bingham's request the YS provided goods and services for the M/V ROBIN HOOD. The reasonable cost of the service provided by the Plaintiff for that purpose was the amount of Forty-Two Thousand, Eight Hundred and Eighty-Three and 47/100ths ($42,883.47) and interest, which remains unpaid.

14. Bingham has received services from Plaintiff without having paid for its full value as set forth above. Bingham has been unjustly enriched in the amount of Forty-Two Thousand, Eight Hundred and Eighty-Three and 47/100ths Dollars ($42,883.47) together with interest thereon at Plaintiff's expense.

WHEREFORE, Plaintiff asks this Honorable Court to enter judgment in its favor against Bingham in the amount of its damages, together with interest, costs, and reasonable attorney's fees.

COUNT IV - ACTION ON AN ACCOUNT

15. Plaintiff reasserts and reiterates the allegations set forth in paragraphs one through fourteen, inclusive, of its complaint and incorporates same by reference herein.

16. Bingham owes Plaintiff the sum of Forty-Two Thousand, Eight Hundred and Eighty-Three and 47/100ths Dollars ($42,883.47) for services rendered by the Plaintiff to Bingham and pursuant to the account annexed hereto.

WHEREFORE, Plaintiff asks this Honorable Court to enter judgment in its favor against Bingham in the amount of its damages, together with interest, costs, and reasonable attorney's fees.

COUNT V - GOODS SOLD AND DELIVERED

17. Plaintiff reasserts and reiterates the allegations set forth in paragraphs one through sixteen, inclusive, of its complaint and incorporates same by reference herein.

18. Bingham owes Plaintiff the sum of Forty-Two Thousand, Eight Hundred and Eighty-Three and 47/100ths Dollars ($42,883.47) for repairs, services and supplies rendered by Plaintiff to Bingham.

WHEREFORE, YS prays that Judgment enter against Bingham in the amount of Forty-Two Thousand, Eight Hundred and Eighty-Three and 47/100ths Dollars ($42,883.47) together with interest plus costs, and reasonable attorneys' fees and that the Court grant such other and further relief to YS as may be deemed just and proper.

Dated: February 18, 2020

Yachting Solutions, LLC

By its attorneys,
WELTE & WELTE, P.A.

/s/*William H. Welte*

William H. Welte, Esq.
WELTE & WELTE, P.A.
13 Wood St., P. O. Box 1395
Camden, Maine 04843
(207) 236-7786
Maine Bar No.: 3391